**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **JOSEPH JOHNSON, JR.,** ) | |
|       Plaintiff, ) | |
| **vs.** ) | No. 3:10-CV-2333-B-BH |
| ) | |
| **AFFILIATED COMPUTER SERVICES,** ) | |
| **INC., and ACS EDUCATION** ) | |
| **SOLUTIONS, LLC,** ) | |
|       Defendants. ) | |

**RECOMMENDATION REGARDING REQUEST TO PROCEED**
**IN FORMA PAUPERIS ON APPEAL**

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court is Plaintiff's *Application to Proceed in District Court Without Prepaying Fees or Costs*, which this Court construes as an application to proceed *in forma pauperis* on appeal, received February 24, 2012 (doc. 88).

(**X**)  The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith

**If the Court denies the request to proceed *in forma pauperis* on appeal, Plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  *See* Fed. R. App. P. 24(a)(5).**

**SIGNED this 27th day of February, 2012.**

                                                IRMA CARRILLO RAMIREZ
                                          UNITED STATES MAGISTRATE JUDGE